O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLEMENT HENRY,<br><br>                    Petitioner,<br>         v.<br><br>V. M. ALMAGER, Warden,<br><br>                    Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. EDCV 12-318-AG (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition as untimely and dismissing this action with prejudice.

DATED: July 31, 2012

_____
HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2